**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA A. HENDRICKS and WENDY S. CIANCI,** Plaintiffs | : | |
| **vs.** | : | **C.A. NO.: 04-106 ML** |
| **RHODE ISLAND NEUROLOGY GROUP, INC. and DENNIS J. AUMENTADO,** Defendants | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO COMPEL DISCOVER**

NOW COME THE DEFENDANTS in the above-entitled matter and hereby object to the Plaintiffs' Motion to Compel Discovery. In support thereof, the Defendants represent that compliance with all outstanding discovery has been satisfied.

Respectfully Submitted,
On Behalf of Defendants,
Rhode Island Neurology Group, Inc.
and Dennis J. Aumentado,

By Their Attorney,

Robert A. Mitson, Esquire #3300
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900
(401) 762-5907 – Fax

**CERTIFICATION**

I hereby certify that on the 8 day of June, 2005 I mailed a true copy of the within Response to Gregory A. Mancini, Esq., 100 Midway Place, Suite 1, Cranston, RI 02920.