**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **PATRICIA A. HENDRICKS and, WENDY S. CIANCI, Plaintiffs** | : | |
| **v.** | : | **C.A. No. 04-106 ML** |
| **RHODE ISLAND NEUROLOGY GROUP, INC. and DENNIS J. AUMENTADO, Defendants** | : | |

## WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL

Plaintiffs hereby remove their Motion to Compel Defendants' to respond to Plaintiffs' First and Second Request for Production of Documents.

**PLAINTIFFS,**
**Patricia A. Hendricks and Wendy S. Cianci**
By their attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Gregory A. Mancini (# 5740)**
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Phone: (401) 944-9690
Facsimile: (401) 943-9040

**Dated: June 14, 2005**

Enter: Mary M. Lisi USDJ 6/16/05

## CERTIFICATION

To: Robert Mitson, Esq.
603 Park Ave.
Woonsocket, RI 02895

I hereby certify that a true copy of the within was mailed, postage, prepaid, to the above named counsel of record this 14 day of June, 2005.