UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUL 12 2005 DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **PATRICIA A. HENDRICKS and, WENDY S. CIANCI, Plaintiffs** | : | |
| **v.** | : | **C.A. No. 04-106 ML** |
| **RHODE ISLAND NEUROLOGY GROUP, INC. and DENNIS J. AUMENTADO, Defendants** | : | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Now come the parties in the above-cited matter and do hereby move this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery and the deadline for filing dispositive motions occurred on May 27, 2005 and June 10, 2005 respectively. Pre-trial memos are due to the Court by July 14, 2005.

Currently, the parties are almost completed with discovery. Written discovery has been exchanged, and all potential witnesses have been deposed with a continuation on the last remaining witness to be completed in the near future. Neither party will be filing any dispositive motion.

Pursuant to the Court's Alternative Dispute Resolution Program, the parties just met with U.S. Magistrate Judge Robert W. Lovegreen and are in the process of determining whether or not to settle the matter without further litigation. However, at this time it is uncertain as to whether or not a settlement will be reached.

Granted. Mary M. Lisi USDJ 7/18/05

Based on the foregoing, Plaintiffs and Defendants respectfully request that this Court enter an Order extending submissions of Pretrial memos to the Court from its current deadline of July 14, 2005 to August 20, 2005.

**Plaintiffs,**
By their Attorneys,
Sinapi, Formisano & Co., Ltd.

Gregory A. Mancini
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401)943-9040(fax))

**Defendants,**
By their Attorney,
Mitson Law Associates

Robert A. Mitson
603 Park Ave.
Woonsocket, RI 02895
(401) 762-5900
(401)-762-5907 (fax)