**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED AUG 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **PATRICIA A. HENDRICKS and, WENDY S. CIANCI, Plaintiffs** | : | |
| **v.** | : | **C.A. No. 04-106 ML** |
| **RHODE ISLAND NEUROLOGY GROUP, INC. and DENNIS J. AUMENTADO, Defendants** | : | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Now come the parties in the above-cited matter and do hereby move this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery and the deadline for filing dispositive motions occurred on May 27, 2005 and June 10, 2005 respectively. Pre-trial memos are due to the Court by August 20, 2005.

To date, the parties have made good faith efforts to complete discovery and spent time participating in the Court's Alternative Dispute Resolution Program (unfortunately, however, they could not come to an amicable solution).

Recently Defendant Dennis J. Aumentado informed his counsel that he discovered information Plaintiffs sought in their December 8, 2004 Request for Production of Documents that was misplaced when he relocated his business. Information he thought was previously discarded and non-discoverable. This material includes seven (7) boxes of information regarding issues that appear to be relevant to this dispute.

Granted. Mary M. Lisi USDJ 8/17/05

Based on the nature and amount of this supplemental discovery response; the fact that Plaintiffs have to complete a deposition that was previously started; and that the parties have had and will continue to have substantive settlement negotiations, additional time for discovery is necessary and warranted. Accordingly, Plaintiffs and Defendants respectfully request that this Court enter an Order extending the time Pre-trial memos are due to October 21, 2005. By that time counsel shall present to the Court typewritten memorandum containing the requirements referred to in its Pretrial Order dated October 15, 2004.

**Plaintiffs,**
By his Attorneys,
Sinapi, Formisano & Co., Ltd.

Gregory A. Mancini

Gregory A. Mancini
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401)943-9040(fax))

**Defendants,**
By their Attorney,
Mitson Law Associates

Robert A. Mitson

Robert A. Mitson gm.
603 Park Ave.
Woonsocket, RI 02895
(401) 762-5900
(401)-762-5907 (fax)