**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA A. HENDRICKS and,** <br> **WENDY S. CIANCI,** <br> **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 04-106 ML** |
| **RHODE ISLAND NEUROLOGY** <br> **GROUP, INC. and** <br> **DENNIS J. AUMENTADO,** <br> **Defendants** | : | |

## CONSENT JUDGEMENT

Now come Plaintiffs Patricia A. Hedge (f/k/a Patricia A. Hendricks) and Wendy Cianci, and Defendants Rhode Island Neurology Group, Inc. and Dennis J. Aumentado in the above cited matter and by agreement of the parties:

1. Judgment shall enter for Plaintiffs in the sum of $20,000.

2. Defendants shall make full payment on this amount by December 31, 2005.

3. That upon full payment of this Judgment in the amount and manner described above, Plaintiffs agree to execute a Dismissal Stipulation and General Release of the Defendants relative to the above-cited matter.

4. That in consideration of the payment listed in paragraph 2 of this Judgment, Plaintiff agrees to forebear any further effort to enforce the Judgment in this matter, provided Defendants comply with the terms of this Judgment.

5. That in the event Defendants fail or refuse to pay Plaintiffs in accordance with the terms of this Judgment, Plaintiffs shall be entitled to obtain and enforce an Execution against Defendants by applying to this Court, with notice to Defendants, for an

Enter: Mary M. Lisi USDJ 10/31/05

By their attorney,
**MITSON LAW ASSOCIATES**

Robert Mitson, Esq.(#3300)
603 Park Ave.
Woonsocket, RI 02895
Phone: (401)-762-5900
Facsimile: (401)-762- 5907

By their attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

Gregory A. Mancini (# 5740)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Phone: (401) 944-9690
Facsimile: (401) 943-9040

**Dated: October 26, 2005**