**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA A. HENDRICKS and, WENDY S. CIANCI, Plaintiffs** | : | |
| **v.** | : | **C.A. No. 04-106 ML** |
| **RHODE ISLAND NEUROLOGY GROUP, INC. and DENNIS J. AUMENTADO, Defendants** | : | |

**DISCHARGE AND SATISFACTION OF JUDGEMENT**

The undersigned parties in the above-cited matter do hereby stipulate that the Judgment entered in the above-cited matter has been paid and satisfied in full, and is therefore discharged accordingly.

**DEFENDANTS**
**Rhode Island Neurology Group and**
**Dennis J. Aumentado**
By their attorney,
**MITSON LAW ASSOCIATES**

**Robert Mitson, Esq.(#3300)**
603 Park Ave.
Woonsocket, RI 02895
Phone: (401)-762-5900
Facsimile: (401)-762- 5907

**PLAINTIFFS**
**Patricia A. Hendricks and**
**Wendy S. Cianci**
By their attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

Gregory A. Mancini

**Gregory A. Mancini (# 5740)**
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Phone: (401) 944-9690
Facsimile: (401) 943-9040

**Dated:** June 14, 2006 **, 2006**

Enter: Mary M. Lisi USDJ 6/19/06